181 So. 914

**Mattie BRITTAIN et al. v. COMMERCIAL NATIONAL BANK OF ANNISTON, as Ex'r Estate of E. C. Anderson, Deceased.**

7 Div. 486.

Supreme Court of Alabama.

March 10, 1938.

Rehearing Granted May 19, 1938.

Rutherford Lapsley, of Anniston, for appellants.

Merrill, Jones & Merrill, of Anniston, for appellee.

BOULDIN, Justice.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

On Rehearing.

PER CURIAM.

Application for rehearing granted, opinion withdrawn, judgment of affirmance set aside, and reversed and remanded, all as per agreement of parties on file.